JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No. CV 22-4694 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LA SKY HARBOR LLC, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 28th day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge